■ LIFCARE USA, LLC, Respondent, v FIRST NIAGARA FINANCIAL GROUP, Appellant. [51 NYS3d 459]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered July 8, 2016. The order denied in part defendant's motion to dismiss plaintiff's amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.